UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VARDANYAN, | 1:07-cv-1246 OWW TAG  (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| ANTONIO GONZALES, et al., | |
| Respondents. | (DOCUMENT #19) |
| _____/ | TWENTY-DAY DEADLINE |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On November 26, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations.  (Doc. 19).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted twenty (20) days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:  **December 3, 2008**                                         **/s/ Theresa A. Goldner**
                                                                     UNITED STATES MAGISTRATE JUDGE